UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN POOLE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION and COMCAST CABLE,<br><br>    Defendants. | Case No.: 13-cv-03772-YGR<br><br>**ORDER OF RECUSAL** |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby **RECUSE** myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2. of the Assignment Plan.

All pending hearing dates are hereby **VACATED** and will be reset by the newly-assigned Judge.

**IT IS SO ORDERED**.

Dated: November 15, 2013

                      **YVONNE GONZALEZ ROGERS**
                      **UNITED STATES DISTRICT COURT JUDGE**