```
FRED W. ALVAREZ, State Bar No. 068115
ALLISON MOSER, State Bar No. 223065
JONES DAY
Silicon Valley Office
1755 Embarcadero Rd.
Palo Alto, CA 94303
Telephone:    (650) 739-3939
Facsimile:    (650) 739.3900
Email:  falvarez@jonesday.com
Email:  amoser@jonesday.com


TROY A. VALDEZ, State Bar No. 191478
ERIN E. DOYLE, State Bar No. 233113
VALDEZ TODD & DOYLE LLP
116 New Montgomery Street, Suite 210
San Francisco, CA  94105
Telephone:   (415) 202-5950
Facsimile:    (415) 202-5951
Email:  tvaldez@vtdlaw.com
Email:  edoyle@vtdlaw.com

Attorneys for Defendants
COMCAST CORPORATION and
COMCAST CABLE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN POOLE, on behalf of himself and other similarly situated California employees,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation, COMCAST CABLE, form of entity unknown; and DOES 1-100, inclusive<br><br>Defendants. | Case No. 3:13-cv-03772 -TEH<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION** |

Pursuant to Civil Local Rule 7-12, Plaintiff Dustin Poole ("Poole") and Defendants Comcast Corporation and Comcast Cable ("Comcast," and together with Poole, "Parties") submit this Stipulation and [Proposed] Order Staying Action.

WHEREAS, on August 14, 2013, Poole filed the present lawsuit against Comcast entitled *Poole v. Comcast Corporation*, Case No. 3.13-cv-03772 (N.D. Cal. Aug. 14, 2013).

WHEREAS, on November 18, 2013, Comcast filed a Motion to Stay All Proceedings and/or Dismiss, in which Comcast seeks an Order staying all proceedings pending the final resolution of *Fayerweather v. Comcast Corporation and Comcast of Contra Costa, Inc.*, currently pending in the California Court of Appeal for the First District Division One as Case No. A137872 ("*Fayerweather*" action).

WHEREAS, Comcast's Motion to Stay All Proceedings and/or Dismiss is currently set for hearing on January 13, 2014.

WHEREAS, the Parties stipulate to stay this case (including all motions, discovery, the currently scheduled January 13, 2014 hearing, and any other proceedings) pending final resolution of the *Fayerweather* action.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel, to stay this case pending final resolution of the *Fayerweather* action, including ceasing all motions, discovery, the currently scheduled January 13, 2014 hearing, and any other proceedings in the *Poole v. Comcast* action.

**IT IS SO STIPULATED.**

Dated: November 26, 2013                    JONES DAY

                                            By:  /s/ Fred Alvarez
                                                 Fred Alvarez

                                            Counsel for Defendants
                                            COMCAST CORPORATION AND
                                            COMCAST CABLE

In accordance with Civil Local Rule 5.1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: November 26, 2013

VENARDI ZURADA, LLP

By: /s/ Mark Venardi
Mark Venardi

Counsel for Plaintiff
DUSTIN POOLE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

All proceedings in this action are stayed until the *Fayerweather* action has reached a final decision, including all appeals. The parties shall file an update on the status of this matter every 120 days.

Dated: December 4, 2013

By: _____
Hon. Jeffrey White
United States District Court Judge